UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO JULIO, an individual; and CLEOPATRA JULIO, an individual,<br><br>                    Plaintiffs,<br>       v.<br><br>WELLS FARGO BANK, a National Association; US BANK, a National Association; STANTON MORTGAGE, INC., a business entity, form unknown; ELSIE FOSTER, an individual; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 11-CV-00696-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTIONS |

This action was reassigned to the undersigned Judge Lucy H. Koh on March 2, 2011. Prior to the reassignment, Defendant Wells Fargo filed a motion to dismiss Plaintiffs' Complaint. On March 7, 2011, Defendant Elsie Foster filed a separate motion to dismiss Plaintiffs' claims as against her. The Court hereby sets a hearing and briefing schedule for Defendants' two motions, as follows:

(1) Plaintiffs shall file opposition briefs responding to Defendants' motions by April 7, 2011.

(2) Defendants shall file replies, if any by April 21, 2011.

(3) The Court will hold a hearing on Defendants' motions on May 19, 2011, at 1:30 p.m., in Courtroom 4, 5th Floor of the San Jose Courthouse. If the Court determines that the

1
Case No.: 11-CV-00696-LHK
ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTIONS

motions can be resolved without oral argument, the Court will inform the parties and vacate the hearing.

(4) The Court will hold a case management conference on May 19, 2011, to follow the motion hearing. The parties must file a Joint Case Management Statement by May 12, 2011, pursuant to the Local and Federal Rules.

As Plaintiffs are proceeding without the assistance of counsel, the Court encourages them to seek assistance from the Federal Legal Assistance Self-Help Center in responding to Defendants' motions. To make an appointment, either sign up at the Center, located on the 4th Floor of the Federal Courthouse in San Jose, Room 4093, or call (408) 297-1480. Plaintiffs may find other resources for self-represented parties at https://ecf.cand.uscourts.gov/cand/ProSe/home.htm.

**IT IS SO ORDERED.**

Dated: March 8, 2011

_____
LUCY H. KOH
United States District Judge